UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 11-CV-62183-Middlebrooks/Johnson

ACCESS FOR THE DISABLED, INC.,
a Florida not-for-profit corporation;
ROBERT COHEN, an Individual; and
PATRICIA L. KENNEDY, an Individual;

      Plaintiffs,

vs.

PYRAMID INDUSTRIES, INC. *d/b/a* BAGEL HUT, a Florida Profit Corporation,
and CENTRO NP COCONUT CREEK OWNER, LLC,
a Foreign Profit Corporation,

      Defendants.
_____/

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that the undersigned parties, Plaintiffs, ACCESS FOR THE DISABLED, INC., a Florida not-for-profit corporation, ROBERT COHEN, an Individual, and PATRICIA L. KENNEDY, an Individual, (hereinafter collectively the "Plaintiffs"), through their undersigned counsel, and Defendants, PYRAMID INDUSTRIES, INC. *d/b/a* BAGEL HUT, a Florida Profit Corporation, and CENTRO NP COCONUT CREEK OWNER, LLC, through their undersigned counsel, file this Joint Notice of Settlement to advise the Court that said parties have settled this case, and will file the appropriate papers with this Court, including a proposed Final Order of Dismissal with Prejudice with Retention of Jurisdiction by July 6, 2012.

Dated:  June 21, 2012.

Respectfully submitted,

| | | |
|---|---|---|
| By: S/ Tal Shemtov<br>**Tal Shemtov, Esquire**<br>    Florida Bar No. 28456<br>**The Shemtov Law Firm, P.A.**<br>*Attorney for Plaintiff*<br> 9715 West Broward Blvd. #256<br>Plantation, Fl 33324<br>Phone: (954) 861-9787<br>Facsimile: (954) 236-3530<br>SHEMTOVLAWFIRM@YAHOO.COM | *By: S/* **MATT WEINSTEIN**<br>**MATT WEINSTEIN, ESQ**<br>fbn 113320<br>Attorney for Defendant<br>Pyramid Industries, Inc.<br>9200 So. Dadeland Blvd., Suite 400<br>Miami, FL 33156<br>ph:(305)  670-5200;  fax: (305) 670-5210 | s/Rachel M. LaMontagne<br>RACHEL M. LaMONTAGNE<br>Florida Bar No. 094692<br>LAW OFFICES OF RACHEL M. LAMONTAGNE, P.A.<br>Attorney for Defendant<br>Centro NP Coconut Creek Owner, LLC<br>4960 S.W. 72$_{nd}$ Ave., Suite 205<br>Miami, Florida 33155<br>Tel: (305) 662-4323<br>Fax: (305) 662-4326<br>Email: rlamontagne@rmllawfirm.com |