UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 11-CV-62183-Middlebrooks/Johnson

ACCESS FOR THE DISABLED, INC.,
a Florida not-for-profit corporation;
ROBERT COHEN, an Individual; and
PATRICIA L. KENNEDY, an Individual;

    Plaintiffs,

vs.

PYRAMID INDUSTRIES, INC. *d/b/a* BAGEL HUT, a Florida Profit Corporation,
and CENTRO NP COCONUT CREEK OWNER, LLC,
a Foreign Profit Corporation,

    Defendants.
_____/

## STIPULATION FOR DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFFS AND DEFENDANTS

PLEASE TAKE NOTICE that the undersigned parties, Plaintiffs, ACCESS FOR THE DISABLED, INC., a Florida not-for-profit corporation, ROBERT COHEN, an Individual, and PATRICIA L. KENNEDY, an Individual, (hereinafter collectively the "Plaintiffs"), through their undersigned counsel, and Defendants, PYRAMID INDUSTRIES, INC. *d/b/a* BAGEL HUT, a Florida Profit Corporation, and CENTRO NP COCONUT CREEK OWNER, LLC, a Foreign Profit Corporation, through their undersigned counsels, and pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to a dismissal of this action with prejudice. The Plaintiff and Defendants have entered into a Settlement Agreement regarding this matter. Pursuant to the Settlement Agreement, Plaintiff and Defendant now jointly move that this matter be dismissed with prejudice, with this Honorable Court retaining jurisdiction over this matter for the enforcement of the Settlement. A resolution of all matters in dispute has been made pursuant

to a certain Settlement Agreement between the parties. All parties shall bear their own attorney's fees, costs and expenses other than those specified in said Settlement Agreement, and, other than enforcement of said settlement agreement, agree not to file any additional motions in this matter.

Dated:  July 2, 2012.

Respectfully submitted,

| By: S/ Tal Shemtov | *By: S/* **MATT WEINSTEIN** | s/Rachel M. LaMontagne_ |
|---|---|---|
| **Tal Shemtov, Esquire** | MATT WEINSTEIN, ESQ | RACHEL M. LaMONTAGNE |
| Florida Bar No. 28456 | fbn 113320 | Florida Bar No. 094692 |
| **The Shemtov Law Firm, P.A.** | Attorney for Defendant Pyramid Industries, Inc. | LAW OFFICES OF RACHEL M. LAMONTAGNE, P.A. |
| *Attorney for Plaintiff* | 10723 Southwest 104th St. | Attorney for Defendant Centro NP Coconut Creek Owner, LLC |
| 9715 West Broward Blvd. #256 | Miami, FL 33176 | 4960 S.W. 72nd Ave., Suite 205 |
| Plantation, Fl 33324 | ph:(305)   670-5200;   fax: | Miami, Florida 33155 |
| Phone: (954) 861-9787 | (305) 670-5210 | Tel: (305) 662-4323 |
| Facsimile: (954) 236-3530 | | Fax: (305) 662-4326 |
| SHEMTOVLAWFIRM@YAHOO.COM | | Email: rlamontagne@rmllawfirm.com |

Case 0:11-cv-62183-DMM   Document 27   Entered on FLSD Docket 07/02/2012   Page 3 of 3