UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 11-CV-62183-DMM

ACCESS FOR THE DISABLED, INC.,
a Florida not-for-profit corporation;
ROBERT COHEN, an Individual; and
PATRICIA L. KENNEDY, an Individual;

      Plaintiffs,

v.

PYRAMID INDUSTRIES, INC. d/b/a BAGEL HUT,
a Florida Profit Corporation, and CENTRO NP
COCONUT CREEK OWNER, LLC, a
Foreign Profit Corporation,

      Defendants.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** comes before the Court upon the parties' Stipulation for Dismissal With Prejudice Between Plaintiffs and Defendants ("Stipulation") (DE 27) filed on July 2, 2012 and Settlement Agreement and Release of All Claims ("Settlement Agreement") (DE 28) filed on July 5, 2012. The parties state that this matter has been resolved in accordance with the Settlement Agreement (DE 28) and ask this Court to dismiss this matter with prejudice pursuant to Rule 41(a)(1). (DE 27). Having reviewed the matter, it is hereby

**ORDERED AND ADJUDGED** that this case is DISMISSED WITH PREJUDICE, with each party to bear their own attorney's fees and costs unless otherwise provided by the Settlement Agreement. All pending motions are denied as moot. The Clerk shall CLOSE THIS CASE but the Court retains jurisdiction to enforce the terms of the Settlement Agreement.

**DONE AND ORDERED** in Chambers at Palm Beach, Florida this ___ day of August, 2012.

                                        DONALD M. MIDDLEBROOKS
                                        UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of record